On application for rehearing, Schroeder points out that the affidavit from her attorney was not, as the majority opinion states, the only evidence offered in opposition to Vellianitis's motion for summary judgment. Schroeder herself also made an affidavit based upon her personal knowledge, and that affidavit had attached to it the promissory note in issue. Attached to this opinion as appendices are Schroeder's affidavit and the note. I am still of the opinion, especially in light of Schroeder's affidavit, that the trial court erred in entering the summary judgment for Vellianitis. *Page 1224 
 APPENDIX A
[EDITORS' NOTE: APPENDIX A IS ELECTRONICALLY NON-TRANSFERRABLE.] *Page 1225 
 APPENDIX B
[EDITORS' NOTE: APPENDIX B IS ELECTRONICALLY NON-TRANSFERRABLE.]